

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable R. L. Thomas
Chairman, Board of Regents
State Teachers Colleges
Dallas National Bank
Dallas, Texas

Dear Sir:

Opinion No. 0-6528
Re: Allowance of per diem
for members of Board of
Regents of State Teacher
Colleges.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"I want to submit to you, for an opinion, the question of the allowance of a per diem while serving in an official capacity representing the Board of Regents of our State Teachers Colleges. The specific case to which I direct your attention is as follows:

"Dr. Paul Boynton, President of Stephen F. Austin College at Nacogdoches, received a telegram inviting him to appear before a sub-committee of the Agricultural Appropriations Committee of the United States Senate. Dr. Boynton could not fill this engagement due to a previous appointment, and due to the fact that it involved an appropriation of $30,000.00 to establish a forestry experimental station at Stephen F. Austin College, he phoned to request that I make this hurried trip to Washington, as President of our Board of Regents.

"I acquiesced, in spite of the fact that previous engagements had to be cancelled, and I am glad to report that subsequently this appropriation was made by our United States Congress, which will help in the rehabilitation of tens of

Hon. R. L. Thomas - Page 2

thousands of acres of our East Texas lands
made useless through soil erosion.

"When my expense account was turned in,
our Secretary, Mr. H. A. Turner, included $5.00
per diem for nine days, which heretofore has been
allowed when we were acting in an official ca-
pacity. As you know, Judge Sellers, even in-
cluding this small item, you always travel at a loss,
and while it makes no difference to me personally
whether this is included, I would like to know for
the benefit of our Board members under what cir-
cumstances the per diem may be included in an
expense account.

"My reason for bringing this to your
attention is that my good friend, Comptroller
George H. Shepherd, does not believe the per
diem is applicable except in attendance at regu-
lar board meetings. Mr. J. H. Wisely, Auditor
of Stephen F. Austin College, who wrote me about
this, stated that this is the first occasion that
the per diem of a board member on official business
had been questioned in his 22 years with the
college."

Section 6 of Article 2647, Vernon's Annotated Texas
Civil Statutes, referring to the Board of Regents of the State
Teachers Colleges of this State, provides as follows:

"The board shall meet each year at Austin,
on the first Monday in May, or as soon thereafter as
practicable, for the transaction of business per-
taining to the affairs of the State normal schools,
and at such other times and places as a majority
of the members of the board deem necessary for the
welfare of said colleges. Each and every member
of said board shall receive five dollars per day for
the time spent attending the meetings provided for
in this law, and in addition thereto the amount of
their traveling expenses, said compensation to be
paid to the several members of the board out of the
appropriation for the support and maintenance of
the said State Teachers' Colleges as the board may
direct."

Hon. R. L. Thomas - Page 3

Opinion No. 0-475 of this department holds that while a member of the State Board of Education under the facts stated was entitled to be reimbursed for expenses incurred in making a trip to Washington on State business, such member would not be in actual attendance upon Board meetings and would not be entitled to a per diem for each day he was engaged in making the trip. We enclose herewith for your information a copy of said opinion.

It is our opinion that per diem compensation is not legally allowable in the instance stated in your letter as same was not attendance at a board meeting. It is our opinion that the $5.00 per diem is allowable for the Board meetings provided for by Section 6 of Article 2647, supra.

Yours very truly

APPROVED JUN 8, 1945

ATTORNEY GENERAL OF TEXAS

ATTORNEY GENERAL OF TEXAS

By        Wm. J. Fanning
                Assistant

WJF:BT


APPROVED
OPINION
COMMITTEE
BY BWA